BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-cr-00048-MCE | |
| Plaintiff, ) | | |
| v. ) | | |
| SAI SAMONE SOULYALANGSY, ) | | |
| Defendant. ) | | |
| _____ ) | | |
| UNITED STATES OF AMERICA, ) | NO. 2:09-cr-00509-LKK | |
| Plaintiff, ) | | |
| v. ) | | |
| SAI SAMONE SOULYALANGSY, ) | | |
| Defendant. ) | **MOTION TO RELATE CASES** | |
| _____ ) | **AND PROPOSED ORDER** | |

HEREBY, under Local Rule 83-123(3)&(4), the United States gives related case NOTICE and MOVES the case (a latter case), CR.S-09-509-LKK, be related with (an earlier case) CR.S-09-048-MCE.

**MEMORANDUM IN SUPPORT**

On 2/4/09, an Indictment was filed initiating CR. S-09-048-MCE and charging Soulyalangsy as follows:

| Count | Offense | Description |
|---|---|---|
| 1-8 (8 counts) | 18 U.S.C. §1344(2) | Bank Fraud and Attempted Bank Fraud |
| 9 | 18 U.S.C. §1028A | Aggravated Identity Theft |
| 10-17 (8 counts) | 18 U.S.C. §1708 | Possess Stolen US Mail |
| 18 | 18 U.S.C. §1028(a)(7) | Theft of US Mail |

1

On 12/3/09, by Information, Soulyalangsy was further charged with the following felony offenses:

| Count | Offense | Description |
|---|---|---|
| 1, 2 | 18 U.S.C. §1344(2) | Bank Fraud and Attempted Bank Fraud |
| 3 | 18 U.S.C. §1708 | Possess Stolen US Mail |

Soulyalangsy, through his counsel (AFD Douglas Beevers), specifically requests that the cases -- CR. S-09-048-MCE (Indictment) and CR S-09-509-LKK (Information) -- be related before the same judicial officer. Via written plea agreement, Soulyalangsy wishes to resolve in this Court all federal charges against him, i.e. charges contained in the Indictment, CR. S-09-048-MCE, and charges via Information, CR S-09-509-LKK.

Further, by this motion, the United States submits that the latter case, Cr. 09-509-LKK, should be related before Judge England with the earlier charged case, Cr. 09-048-MCE. In each case there is the identical defendant (Soulyalangsy); also, in each case there are similar fact issues and sentencing concerns. Moreover, relating the 2 cases is more efficient for U.S. Probation.

Dated:  12/3/2009

BENJAMIN B. WAGNER
United States Attorney

/s/ Michelle Rodriguez

By:
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

2

**RELATED CASE ORDER**

Examination of the above-captioned matter, CR. NO. S-09-048-MCE, and the criminal action in CR. NO. S-09-509-LKK reveals that the actions are related within the meaning of Local Rule 83-123. The actions involve an identical defendant and potentially involve similar witnesses. The assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the actions are assigned to the same judge. No consolidation of the actions is effected. Under the regular practice of this court, related cases are assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CR. NO. S-09-509-LKK is reassigned to Judge England, for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall show the initials "MCE" instead of the other jurist's initials.

IT IS FURTHER ORDERED that the clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

Dated: December 7, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3